UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Gail D Brown**    JOINT DEBTOR: **Richard A Brown**    CASE NO.: 13-13253-RBR
Last Four Digits of SS# **xxx-xx-4407**    Last Four Digits of SS# **xxx-xx-6168**

**MONTHLY PLAN PAYMENT**: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **317.44** for months **1** to **36** ;
B. $ _____ for months ___ to ___ ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:
Administrative:  Attorney's Fee -  $ **3,500.00**    TOTAL PAID $ **3,500.00**
                 Balance Due      $ **-NONE-** payable $ _____ /month (Months ___ to ___ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-** _____ Arrearage on Petition Date $ _____
Address: _____ Arrears Payment $ _____ /month (Months _ to _)
Account No: _____ Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
| --- | --- | --- | --- | --- | --- |
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-** _____ Total Due  $ _____
              Payable    $ _____ /month (Months _ to _)    Regular Payment $ _____

Unsecured Creditors: Pay $ **285.70** /month (Months **1** to **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Suntrust: Debtor will pay claim directly at 1,281.58 per month.**
**Tropical Financial Credit Union: Debtor will pay claim directly at 619.43 per month.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Gail D Brown                       /s/ Richard A Brown
Gail D Brown                           Richard A Brown
Debtor                                 Joint Debtor
Date: **January 15, 2013**              Date: **January 15, 2013**