## EARNINGS STATEMENT (US)

13-13253-RBR



| HOME DEPOT U.S.A., INC. | PAY PERIOD BEGIN: | 11/19/2012 |
| --- | --- | --- |
| STORE SUPPORT CENTER | PAY PERIOD END: | 12/02/2012 |
| 2455 PACES FERRY ROAD | ADVICE DATE: | 12/07/2012 |
| ATLANTA, GA 30339 | ADVICE NUMBER: | 026744552 |

ASSOCIATE NAME: RICHARD BROWN    ASSOCIATE ID: 109077073    PIN: 7305

|  | TAX STATUS | NUMBER EXEMPT | ADD'L W/H |
| --- | --- | --- | --- |
| FICA-MED |  | 0 | .00 |
| U.S. FICA |  | 0 | .00 |
| FED INC TX | M | 1 | .00 |

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| --- | --- | --- | --- | --- |
| REGULAR | 12.15 | 40.00 | 486.00 | 12289.88 |
| HOLIDAY | 12.15 | 4.00 | 48.60 | 191.20 |
| MEDICAL PT | .00 | .00 | -107.10 | -2677.50 |
| VISION PT | .00 | .00 | -3.78 | -94.50 |
| DENTAL PT | .00 | .00 | -37.33 | -931.02 |
| REG ADJUST | .00 | .00 | .00 | 75.94 |
| THD PRIZE | .00 | .00 | .00 | 250.00 |
| S SHARING | .00 | .00 | .00 | 156.19 |
| VACATION | .00 | .00 | .00 | 724.20 |
| SICK | .00 | .00 | .00 | 58.75 |
| PERSONAL | .00 | .00 | .00 | 182.25 |
| HOMER AWD | .00 | .00 | .00 | 220.76 |
| GROSS PAY: |  |  | 386.39 | 10446.15 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| --- | --- | --- |
| HOMER FUND | 1.00 | 25.00 |
| HOMER OFFS | .00 | 83.75 |
| CHECKING | 363.56 | 9562.15 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| --- | --- | --- |
| FICA-MED | 5.60 | 151.47 |
| U.S. FICA | 16.23 | 438.74 |
| FED INC TX | .00 | 185.04 |
| NET PAY: | .00 | .00 |

1



Pay Advices

## EARNINGS STATEMENT (US)

| | | |
|---|---|---|
| HOME DEPOT U.S.A., INC.<br>STORE SUPPORT CENTER<br>2455 PACES FERRY ROAD<br>ATLANTA, GA 30339 | PAY PERIOD BEGIN:<br>PAY PERIOD END:<br>ADVICE DATE:<br>ADVICE NUMBER: | 12/03/2012<br>12/16/2012<br>12/21/2012<br>027106942 |

ASSOCIATE NAME: RICHARD BROWN         ASSOCIATE ID: 109077073         PIN: 7305

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H |
|---|---|---|---|
| FICA-MED |  | 0 | .00 |
| U.S. FICA |  | 0 | .00 |
| FED INC TX | M | 1 | .00 |

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 12.15 | 38.25 | 464.74 | 12754.62 |
| SICK | 12.15 | 5.00 | 60.75 | 119.50 |
| MEDICAL PT | .00 | .00 | -107.10 | -2784.60 |
| VISION PT | .00 | .00 | -3.78 | -98.28 |
| DENTAL PT | .00 | .00 | -37.33 | -968.35 |
| REG ADJUST | .00 | .00 | .00 | 75.94 |
| THD PRIZE | .00 | .00 | .00 | 250.00 |
| S SHARING | .00 | .00 | .00 | 156.19 |
| HOLIDAY | .00 | .00 | .00 | 191.20 |
| VACATION | .00 | .00 | .00 | 724.20 |
| PERSONAL | .00 | .00 | .00 | 182.25 |
| HOMER AWD | .00 | .00 | .00 | 220.76 |
| GROSS PAY: | | | 377.28 | 10823.43 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| HOMER FUND | 1.00 | 26.00 |
| HOMER UPPS | .00 | 83.75 |
| CHECKING | 354.97 | 9917.12 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 5.47 | 156.94 |
| U.S. FICA | 15.84 | 454.58 |
| FED INC TX | .00 | 185.04 |
| NET PAY: | .00 | .00 |

1

| Employee Name | Soc. Sec. Number | Advice Date | Advice No. | Emp. Number |
|---|---|---|---|---|
| Gail Brown | XXX-XX-4407 | 04-JAN-2013 | 27571260 | 12505 |

| Period Begin | Period End | Federal | Exemptions/Allowances | State | Exemptions/Allowances |
|---|---|---|---|---|---|
| 15-DEC-2012 | 28-DEC-2012 | Married | 3   0 | No State Withholding Tax | 0   0 |

### EARNINGS

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Holiday | 23.15 | 8.00 | 185.21 | 185.21 |
| Regular Salary |  | 72.00 | 1666.87 | 1666.87 |

### TAX DEDUCTIONS

| Description | Current | Year to Date |
|---|---|---|
| Federal Tax | 123.21 | 123.21 |
| Social Security | 114.70 | 114.70 |
| Medicare | 26.83 | 26.83 |

### ADDITIONAL DEDUCTIONS

| Description | Current | Year to Date |
|---|---|---|
| DComp 401k | 55.56 | 55.56 |
| Vision EE | 2.03 | 2.03 |
| STD | 17.44 | 17.44 |
| LTD | 12.04 | 12.04 |
| Critical Illness | 5.14 | 5.14 |
| Accident Ins | 5.00 | 5.00 |
| Supp Life Emp | 0.88 | 0.88 |

### SUMMARIES

| | Current | Year to Date |
|---|---|---|
| Gross Pay | 1852.08 | 1852.08 |
| Pre-Tax Deductions | 57.59 | 57.59 |
| Tax Deductions | 264.74 | 264.74 |
| Other Deductions | 40.50 | 40.50 |
| Net Pay | 1489.25 | 1489.25 |

### 401k Employer Contribution

| | Amount |
|---|---|
| DComp 401k ER | 22.22 |

| Account Type | Account Number | Amount |
|---|---|---|
| Checking Account | XXXXXXXXX5371 | 1,189.2 |
| Checking Account | XXXXX9310 | 300.0 |

### ACCRUAL

| | Balance |
|---|---|
| Vacation | 0.00 |
| Sick/PTO | 0.00 |

Message:

——— REMOVE DOCUMENT ALONG THIS PERFORATION ———

**CONTINENTAL**
People · Professionals · Results

THE CONTINENTAL GROUP, INC.
2950 N. 28th Terrace
Hollywood, FL 33020

| Date | Advice Number |
|---|---|
| 04-JAN-2013 | 27571260 |

| Deposited to the account of | | Account Number | Amount |
|---|---|---|---|
| Gail Brown | Checking Account | XXXXXXXXX5371 | 1,189.25 |
| | Checking Account | XXXXX9310 | 300.00 |

**NON-NEGOTIABLE**

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

/s/ Gail D Brown
**Gail D Brown**
Signature of Attorney or Debtor

Date: **January 15, 2013**

/s/ Richard A Brown
**Richard A Brown**
Signature of Attorney or Joint Debtor

Date: **January 15, 2013**