United States Bankruptcy Court
Southern District of Florida

In re:  
Gail D Brown  
Richard A Brown  
     Debtors

Case No. 13-13253-RBR  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113C-0    User: rodriguez    Page 1 of 2    Date Rcvd: Feb 13, 2013  
                        Form ID: CGFI4    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2013.  
db/jdb        +Gail D Brown,  Richard A Brown,   3191 Venice Way,   Hollywood, FL 33025-4288

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2013**                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113C-0           User: rodriguez              Page 2 of 2                    Date Rcvd: Feb 13, 2013
                               Form ID: CGFI4               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2013 at the address(es) listed below:
          Herbert W Biggs    on behalf of Debtor Gail Brown hwbseawatch@gmail.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                                                      TOTAL: 3

CGFI4 (3/29/12)



**ORDERED in the Southern District of Florida on February 13, 2013**

Raymond B Ray
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13−13253−RBR
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Gail D Brown
aka Gail D Barnes
3191 Venice Way
Hollywood, FL 33025

SSN: xxx−xx−4407

Richard A Brown
3191 Venice Way
Hollywood, FL 33025

SSN: xxx−xx−6168

## ORDER ALLOWING INSTALLMENT PAYMENTS

The Application by Individual Debtor to Pay Filing Fee in Installments has been reviewed in accordance with Local Rule 1006−1(A).

**IT IS ORDERED** that the debtor is permitted to pay the filing fee in installments on the terms set forth as outlined below. Payment must be in cash, money order, cashier's or "official" check payable to "Clerk, United States Court", and delivered to: US Bankruptcy Court, 299 E Broward Blvd, Room 112, Fort Lauderdale, FL 33301.

Second installment of $ **140.00** due on or before **March 12, 2013**
Final installment of $ **90.00** due on or before **April 11, 2013**

**IT IS FURTHER ORDERED** that until this filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. Absent further order of court, until this filing fee is paid in full, the debtor in a chapter 7 case will not receive a discharge and the debtor's plan in a chapter 13 case will be confirmed only on the condition that the chapter 13 plan provide for this filing fee to be paid in full immediately upon confirmation.

**IT IS FURTHER ORDERED** that failure of the debtor to pay any filing fee installment by the due date will result in entry of a dismissal order without further notice.

# # #

The clerk shall serve a copy of this order on the Debtor, Trustee, and if applicable, Attorney for Debtor.