United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 13-13253-RBR
Gail D Brown                                                          Chapter 13
Richard A Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-0          User: rodriguez          Page 1 of 2          Date Rcvd: Feb 13, 2013
                              Form ID: pdf008         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2013.
```
db/jdb       +Gail D Brown,   Richard A Brown,    3191 Venice Way,   Hollywood, FL 33025-4288
smg          +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg           Florida Department of Revenue,    POB 6668,   Bankruptcy Division,    Tallahassee, FL  32314-6668
91087065     +American Express,   POB 981537,    El Paso, TX 79998-1537
91087066     +Ed Financial,   POB 36014,    Knoxville, TN 37930-6014
91087068     +Global Credit & collections,    300 International Dr #100,    Buffalo, NY 14221-5783
91087070     +Memorial Healthcare System,    2900 Corporate Way,    Hollywood, FL 33025-3925
91087071     +Memorial Hospital,   POB 863436,    Orlando, FL 32886-0001
91087076     +Suntrust,   POB 79041,    Baltmore, MD 21279-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
91087067     +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2013 02:08:45      GE Capital,   POB 960061,
               Orlando, FL 32896-0061
91087073     +E-mail/Text: bkrpt@retrievalmasters.com Feb 14 2013 02:02:24      Quest Diagnostic,
               c/o AMERICAN MEDICAL COLLECTION AGENCY,    4 Westchester Plaza #110,   Elmsford, NY 10523-1615
91087075     +E-mail/PDF: pa_dc_claims@salliemae.com Feb 14 2013 02:39:50      Sallie Mae,   POB 9500,
               Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91087069       Macy's
91087072       National Collection
91087074       Rooms to go,   c/o Ge Capitol
91087077       Tropical Financial Credit Union
                                                                                   TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2013**                    **Signature:**       _/s/ Joseph Speetjens_

```
District/off: 113C-0          User: rodriguez              Page 2 of 2                  Date Rcvd: Feb 13, 2013
                              Form ID: pdf008              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2013 at the address(es) listed below:

        Herbert W Biggs    on behalf of Debtor Gail Brown hwbseawatch@gmail.com
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
        Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com

        TOTAL: 3

1/15/13 11:24AM

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ ____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Gail D Brown**          JOINT DEBTOR: **Richard A Brown**          CASE NO.: 13-13253-RBR
Last Four Digits of SS#   **xxx-xx-4407**          Last Four Digits of SS#   **xxx-xx-6168**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

 A.  $ _____**317.44**_____ for months ___**1**___ to ___**36**___ ;
 B.  $ _____ for months _____ to _____ ;
 C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ _____**3,500.00**_____  TOTAL PAID $ _____**3,500.00**_____
              Balance Due   $ _____**-NONE-**_____ payable $ _____ /month  (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| **-NONE-** | Arrearage on Petition Date | $ | | | |
|---|---|---|---|---|---|
| Address: | Arrears Payment | $ | | /month | (Months __ to __ ) |
| Account No: | Regular Payment | $ | | /month | (Months __ to __ ) |

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

| **-NONE-** | Total Due | $ | | | | |
|---|---|---|---|---|---|---|
| | Payable | $ | | /month | (Months __ to __ ) | Regular Payment $ _____ |

Unsecured Creditors: Pay $ **285.70** /month (Months **1** to **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Suntrust: Debtor will pay claim directly at 1,281.58 per month.**
**Tropical Financial Credit Union: Debtor will pay claim directly at 619.43 per month.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Gail D Brown                          /s/ Richard A Brown
Gail D Brown                              Richard A Brown
Debtor                                    Joint Debtor

Date: **January 15, 2013**                Date: **January 15, 2013**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy