IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Gail D Brown
and Richard A Brown

    **Debtor(s),**      CASE NO.: 13-13253-RBR
                                        CHAPTER: 13

_____/

**REQUEST FOR NOTICE**
**AND REQUEST TO BE ADDED TO CREDITOR'S MATRIX**

TO: THE HONORABLE BANKRUPTCY CLERK

    COMES NOW, SUNTRUST MORTGAGE, INC., its Successors and/or Assigns, a Creditor in the instant case, by virtue of that certain loan more specifically identified as loan number *******4898 and related to the property described as 3191 VENICE WAY, and files this Request for Notice AND Request to be Added to Creditor's Matrix. The Creditor requests that any and all notices required under the Bankruptcy Rules, Bankruptcy Code, and Local Rules be sent to

                      Ronald R Wolfe & Associates, P.L.
                              P.O. Box 25018
                          Tampa, Florida  33622-5018
                               (813)  251-4766

    The undersigned counsel's filing of this Request for Notice and Request to be Added to Creditor's Matrix should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                                Ronald R Wolfe & Associates, P.L.
                                                P.O. Box 25018
                                                Tampa, Florida  33622-5018
                                                (813)  251-4766 Ext: 3723
                                                Fax: 813-251-1541
                                                Email: bkatt@wolfelawfl.com

                                                By:__/s/  Rubina K. Shaldjian
                                                Rubina K. Shaldjian
                                                Florida Bar No. 64466
                                                ATTORNEY FOR SUNTRUST MORTGAGE, INC.