CGFF1 (6/20/11)



**ORDERED in the Southern District of Florida on March 19, 2013**

**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13–13253–RBR

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Gail D Brown
aka Gail D Barnes
3191 Venice Way
Hollywood, FL 33025

SSN: xxx–xx–4407

Richard A Brown
3191 Venice Way
Hollywood, FL 33025

SSN: xxx–xx–6168

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

Pursuant to the Order Allowing Installment Payments entered on **02/13/13**, the debtor was directed to pay the balance of the filing fee of **$230.00** in **two** additional payments. The **second** payment was due on **03/12/13** in the amount of **$140.00.** The debtor has failed to make this payment.

Accordingly, it is **ORDERED** that:

1. This case is dismissed with prejudice to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor earlier than 180 days from entry of this order.

*Page 1 of 2*

2. All pending motions are denied as moot.

3. (If applicable), the trustee shall file a final report within 14 days of the date of this order.

4. In accordance with Local Rule 1002−1(B)(1)(b), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

5. The debtor shall immediately pay to the Clerk, U.S. Court, **$230.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and, if a chapter 12 or 13 case, Local Rule 1017−2(F), unless otherwise ordered by the court. Payment must be made in cash, money order or cashier's or "official" check. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

The clerk shall serve a copy of this order on all parties of record.

###