United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 13-13253-RBR
Gail D Brown                                                        Chapter 13
Richard A Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-0            User: floydm              Page 1 of 2              Date Rcvd: Mar 19, 2013
                                Form ID: CGFF1            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2013.
db/jdb     +Gail D Brown,   Richard A Brown,   3191 Venice Way,   Hollywood, FL 33025-4288
smg        +Broward County Tax Collector,   115 S Andrews Ave,   Ft Lauderdale, FL 33301-1818
91087066   +Ed Financial,   POB 36014,   Knoxville, TN 37930-6014
91087068   +Global Credit & collections,   300 International Dr #100,   Buffalo, NY 14221-5783
91087070   +Memorial Healthcare System,   2900 Corporate Way,   Hollywood, FL 33025-3925
91087071   +Memorial Hospital,   POB 863436,   Orlando, FL 32886-0001
91096634    Santander Consumer USA,   P.O. Box 560284,   Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         EDI: FLDEPREV.COM Mar 20 2013 00:23:00      Florida Department of Revenue,   POB 6668,
             Bankruptcy Division,   Tallahassee, FL  32314-6668
ust         E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Mar 20 2013 00:53:32     Office of the US Trustee,
             51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
91087065   +EDI: AMEREXPR.COM Mar 20 2013 00:23:00      American Express,   POB 981537,
             El Paso, TX 79998-1537
91087067   +EDI: RMSC.COM Mar 20 2013 00:23:00      GE Capital,   POB 960061,   Orlando, FL 32896-0061
91087073   +EDI: RMCB.COM Mar 20 2013 00:23:00      Quest Diagnostic,   c/o AMERICAN MEDICAL COLLECTION AGENCY,
             4 Westchester Plaza #110,   Elmsford, NY 10523-1615
91087075   +EDI: SALMAESERVICING.COM Mar 20 2013 00:23:00      Sallie Mae,   POB 9500,
             Wilkes Barre, PA 18773-9500
91160005    EDI: SALMAEGUARANTEE.COM Mar 20 2013 00:23:00      Sallie Mae Inc. on behalf of USA Funds,
             Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
91096634    EDI: DRIV.COM Mar 20 2013 00:23:00      Santander Consumer USA,   P.O. Box 560284,
             Dallas, TX 75356-0284
91087076   +EDI: STF1.COM Mar 20 2013 00:23:00      Suntrust,   POB 79041,   Baltmore, MD 21279-0041
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91087069     Macy's
91087072     National Collection
91087074     Rooms to go,   c/o Ge Capitol
91087077     Tropical Financial Credit Union
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2013**           **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 113C-0           User: floydm              Page 2 of 2                   Date Rcvd: Mar 19, 2013
                               Form ID: CGFF1            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2013 at the address(es) listed below:

          Herbert W Biggs   on behalf of Debtor Gail Brown hwbseawatch@gmail.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
          Rubina K Shaldjian   on behalf of Creditor   Suntrust Mortgage, Inc. sobkmail@wolfelawfl.com

                                                                                                                                       TOTAL: 4

CGFF1 (6/20/11)



ORDERED in the Southern District of Florida on March 19, 2013

*Raymond B Ray*
Raymond B Ray
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13–13253–RBR

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Gail D Brown
aka Gail D Barnes
3191 Venice Way
Hollywood, FL 33025

SSN: xxx–xx–4407

Richard A Brown
3191 Venice Way
Hollywood, FL 33025

SSN: xxx–xx–6168

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

Pursuant to the Order Allowing Installment Payments entered on **02/13/13**, the debtor was directed to pay the balance of the filing fee of **$230.00** in **two** additional payments. The **second** payment was due on **03/12/13** in the amount of **$140.00.** The debtor has failed to make this payment.

Accordingly, it is **ORDERED** that:

1. This case is dismissed with prejudice to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor earlier than 180 days from entry of this order.

*Page 1 of 2*

2. All pending motions are denied as moot.

3. (If applicable), the trustee shall file a final report within 14 days of the date of this order.

4. In accordance with Local Rule 1002−1(B)(1)(b), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

5. The debtor shall immediately pay to the Clerk, U.S. Court, **$230.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and, if a chapter 12 or 13 case, Local Rule 1017−2(F), unless otherwise ordered by the court. Payment must be made in cash, money order or cashier's or "official" check. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

The clerk shall serve a copy of this order on all parties of record.

# # #

*Page 2 of 2*