UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

GAIL D. BROWN and RICHARD A. BROWN           Case No. 13-13253-RBR

Debtor(s)                              /     Chapter 13

### EMERGENCY MOTION TO REINSTATE CHAPTER 13 BANKRUPTCY

Debtors, through their undersigned counsel, hereby move the Court to Reinstate their Chapter 13 Bankruptcy upon immediate payment of the full filing fee.

Wherefore, Debtors pray that the Court will enter an Order Reinstating their Chapter 13 Bankruptcy granting Debtors 5 days to pay the filing fees and such other and further relief as the Court deems just and proper. Failure to reinstate will cause irreparable harm.

*/s/ Herbert W Biggs/*

Herbert W Biggs, Esq,
Attorney for Debtors Gail and Richard Brown
Fl Bar#0145818
521 Northlake Blvd. #4
North Palm Beach, Fla   33408
(239) 595-4016