UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

GAIL D. BROWN
and RICHARD A. BROWN                        Case No. 13-13253-RBR

Debtor(s)          /                        Chapter 13

## EMERGENCY MOTION TO REINSTATE CHAPTER 13 BANKRUPTCY

Debtor(s), through their undersigned counsel, hereby move the Court to Reinstate their Chapter 13 Bankruptcy. Debtor has paid the full filing fee of $297.00 to the courts.

Wherefore, Debtor(s) pray that the Court will enter an Order Reinstating their Chapter 13 Bankruptcy and allow Debtor to provide any necessary documents and reschedule any related events .

Debtor has an auction sale date on his residence of June 26th 2013. Failure to reinstate will cause irreparable harm.

*/s/ Herbert W Biggs*

Herbert W Biggs, Esq,
Attorney for Debtors Gail and Richard Brown
Fl Bar#0145818
521 Northlake Blvd. #4
North Palm Beach, Fla   33408
 (239) 595-4016