IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Gail D Brown and
Richard A Brown,

    Debtors.

CASE NO. 13-13253-RBR
CHAPTER 13

_____/

### RESPONSE TO MOTION TO REINSTATE CHAPTER 13 BANKRUPTCY

    SUNTRUST MORTGAGE, INC. ("Respondent"), by and through its undersigned counsel, responds to Debtors' Emergency Motion to Reinstate Chapter 13 Bankruptcy [ECF Nos. 18 and 20] and states as follows:

1.    Upon information and belief, the Debtors continue to reside in the real property located at 3191 VENICE WAY, MIRAMAR ,FL. 33025 ("Subject Property") more particularly described as:

> **LOT 30, BLOCK 10, RIVER RUN SECTION TWO, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 131, AT PAGE 21, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

2.    Respondent is the holder of the first mortgage on the Subject Property.

3.    Foreclosure sale is scheduled for June 26, 2013.

4.    The Debtors' Plan [ECF No. 7] does not propose any payments to Respondent.

5.    Respondent objects to reinstatement of the Debtors' bankruptcy to the extent that it re-imposes the automatic stay with respect to Respondent and hinders or delays Respondent's ability to complete its foreclosure action of the Subject Property.

6.    Respondent requests that, should the case be reinstated, this Court grant *in rem* relief from the automatic stay to Respondent, and its successors and/or assigns, on a prospective basis to permit Respondent to exercise its state court rights to obtain possession of the Subject Property.

7.    Respondent reserves the right to supplement this Response as necessary.

8. As a result of the necessity of filing this Response, Respondent has incurred additional attorney fees.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**CERTIFICATE PURSUANT TO LOCAL RULE 9073-1(D)**

I further certify that I have contacted opposing counsel in an attempt to resolve these issues without a hearing.

> Ronald R Wolfe & Associates, P.L.
> Post Office Box 25018
> Tampa, FL 33622-5018
> (813) 251-4766 Ext: 3039
> Fax: 813-251-1541
> Email: bkatt@wolfelawfl.com
>
> By: /s/ Reka Beane
> Reka Beane
> Florida Bar No. 0052919
> Attorney for SUNTRUST MORTGAGE, INC.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that copies of the foregoing Response to Motion to Reinstate Bankruptcy have been furnished by regular U.S. Mail to all parties listed this 25 day of June, 2013.

Gail D Brown
3191 VENICE WAY
HOLLYWOOD,  FL  33025

Richard A Brown
3191 VENICE WAY
HOLLYWOOD,  FL  33025

     I HEREBY CERTIFY that copies of the foregoing Response to Motion to Reinstate Bankruptcy have been furnished by Electronic Mail to all parties listed this 25 day of June, 2013.

HERBERT W BIGGS
hwbseawatch@gmail.com
521 NORTHLAKE BLVD # 4
NORTH PALM BEACH,  FL  33408

Robin R. Weiner, Trustee
ecf@ch13weiner.com;
P. O. Box 559007
Ft. Lauderdale,  FL  33355

                                          Ronald R Wolfe & Associates, P.L.
                                          Post Office Box 25018
                                          Tampa, FL 33622-5018
                                          (813) 251-4766 Ext: 3039
                                          Fax: 813-251-1541
                                          Email: bkatt@wolfelawfl.com

                                          By: /s/ Reka Beane
                                          Reka Beane
                                          Florida Bar No. 0052919
                                          Attorney for SUNTRUST MORTGAGE, INC.

B13002612