U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CASE NO: 13-13253-RBR
PROCEEDING UNDER CHAPTER 13

Gail D Brown and Richard A Brown
3191 Venice Way
Hollywood, FL 33025
SSN: xxx-xx-4407 , xxx-xx-6168

DEBTOR(S)
_____/

## NOTICE OF APPEARANCE

Please Take Notice, that Inger M. Garcia, Esq., the undersigned counsel, hereby files her Notice of Appearance, on behalf of Debtors, Gail D Brown and Richard A Brown in the above styled case.

I HEREBY CERTIFY, that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A), and that a true and correct copy of this Notice of Appearance was served via CM/ECF, upon the parties listed on the attached service list this 26th day of August, 2013.

Respectfully Submitted,

/s/Inger Garcia

**INGER M. GARCIA, ESQ.**
Florida Bar No. 0106917
P.O. Box 11933
Ft. Lauderdale, FL 33339
(Tel) 954-894-9962
(Fax) 954-446-1635
E-mail: attorney@ingergarcia.com

## SERVICE LIST

*Trustee*
**Robin R Weiner, Esq.**
www.ch13weiner.com
P. O. Box 559007
Fort Lauderdale, FL 33355-9007
Tel:    954-382-2001
ecf@ch13weiner.com ecf2@ch13weiner.com

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Reka Beane, Esq. for Suntrust Mortgage
Ronald R. Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, FL  33622-5018
(813) 251-4766 Ext. 3039
Fax:  813-251-1541
bkatt@wolfelawfl.com