ORDERED in the Southern District of Florida on __08/30/13__



_Raymond B Ray_
Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA www.flsb.uscourts.gov

In re:                                                                Case No.13-13253-RBR
                                                                      Chapter 13

Gail D Brown and Richard A Brown
3191 Venice Way
Hollywood, FL 33025
SSN: xxx-xx-4407 , xxx-xx-6168

_____Debtors_____/

### ORDER REINSTATING CHAPTER 13 CASE AND RESPONSE TO MOTION TO REINSTATE CHAPTER 13 BANKRUPTCY

This matter came to be heard on June 26, 2013 on the debtor's motion to reinstate case **(ecf 18)** and the response to reinstate the chapter 13 bankruptcy **(ecf 21)** The court, if applicable, has entered an order reopening the case and the debtor has paid all required reopening fees. Based on the record, it is

**ORDERED** as follows:

1) The motion to reinstate is granted and this case is **REINSTATED**. Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

2) The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

3) The following checked provision(s) also apply:

[ ] This case was dismissed prior to the conclusion of the meeting of creditors, under 11 U.S.C. §341. A new §341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court. The notice

shall also establish a new deadline to file proofs of claims and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

    [X] This case was dismissed after the §341 meeting of creditors was concluded but prior to or at the hearing on confirmation. (If applicable) A further §341 meeting will be conducted at _____N/A_____. A new confirmation hearing is scheduled for _10/17/2013_, at _9:00_ A.m. in courtroom _308_ at _299 E Broward Blvd Fort Lauderdale, FL 33311_. The deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts, is _10/28/13_. The deadline for filing claims (except for governmental units) is _11/27/2013_. Previously filed claims need not be refiled.

    [ ] This case was dismissed after the §341 meeting of creditors was conducted and after the expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation. No new deadlines shall be reset. (If applicable) A further §341 meeting will be conducted at ____. A new confirmation hearing is scheduled for _____, at _____ ___.m. in courtroom _____ at _____.

    [ ] This case was dismissed after the §341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original claims bar date. No new §341 meeting, confirmation hearing, or deadlines shall be set, and the case shall proceed in the normal course under the confirmed plan.

    [ ] If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the trustee prior to entry of an order of conversion or dismissal shall be paid to administrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

**Submitted By:**

**INGER M. GARCIA, ESQ**
Florida Bar No. 010691
P.O Box 11933
Fort Lauderdale, Fla 33339
Tel (954)-894-9962
Fax (954)446-1635
EMAIL: ATTORNEY@INGERGARCIA.COM

## SERVICE LIST

*Trustee*
**Robin R Weiner, Esq.**
www.ch13weiner.com
P. O. Box 559007
Fort Lauderdale, FL 33355-9007
Tel:954-382-2001
ecf@ch13weiner.com ecf2@ch13weiner.com

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Reka Beane, Esq. for Suntrust Mortgage
Ronald R. Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext. 3039
Fax: 813-251-1541
bkatt@wolfelawfl.com