United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 13-13253-RBR
Gail D Brown                                                        Chapter 13
Richard A Brown
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113C-0          User: rodriguez          Page 1 of 2              Date Rcvd: Aug 30, 2013
                              Form ID: pdf004          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2013.
```
db/jdb     +Gail D Brown,    Richard A Brown,    3191 Venice Way,    Hollywood, FL 33025-4288
aty        +Inger M. Garcia,    POB 11933,    Ft Lauderdale, FL 33339-1933
91087065   +American Express,    POB 981537,    El Paso, TX 79998-1537
91440674    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
91087066   +Ed Financial,    POB 36014,    Knoxville, TN 37930-6014
91087068   +Global Credit & collections,    300 International Dr #100,    Buffalo, NY 14221-5783
91087070   +Memorial Healthcare System,    2900 Corporate Way,    Hollywood, FL 33025-3925
91087071   +Memorial Hospital,    POB 863436,    Orlando, FL 32886-3436
91096634    Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
91087076   +Suntrust,    POB 79041,    Baltmore, MD 21279-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
91087067       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2013 02:05:41      GE Capital,    POB 960061,
                 Orlando, FL 32896-0061
91087073       +E-mail/Text: bkrpt@retrievalmasters.com Aug 31 2013 01:49:32       Quest Diagnostic,
                 c/o AMERICAN MEDICAL COLLECTION AGENCY,    4 Westchester Plaza #110,    Elmsford, NY 10523-1615
91087075       +E-mail/PDF: pa_dc_claims@salliemae.com Aug 31 2013 02:09:40      Sallie Mae,    POB 9500,
                 Wilkes Barre, PA 18773-9500
91160005        E-mail/PDF: pa_dc_litigation@salliemae.com Aug 31 2013 02:04:16
                 Sallie Mae Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
                                                                                               TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91087069      Macy's
91087072      National Collection
91087074      Rooms to go,   c/o Ge Capitol
91087077      Tropical Financial Credit Union
                                                                                   TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2013**                        **Signature:**       _Joseph Speetjens_

```
District/off: 113C-0          User: rodriguez              Page 2 of 2                  Date Rcvd: Aug 30, 2013
                              Form ID: pdf004              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2013 at the address(es) listed below:

```
              Herbert W Biggs    on behalf of Joint Debtor Richard A Brown hwbseawatch@gmail.com
              Herbert W Biggs    on behalf of Debtor Gail D Brown hwbseawatch@gmail.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Reka  Beane    on behalf of Creditor    Suntrust Mortgage, Inc. sobkmail@wolfelawfl.com
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
              Rubina K Shaldjian    on behalf of Creditor    Suntrust Mortgage, Inc. sobkmail@wolfelawfl.com
                                                                                              TOTAL: 6
```

ORDERED in the Southern District of Florida on 08/30/13



Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA www.flsb.uscourts.gov

In re:                                                                 Case No.13-13253-RBR
                                                                              Chapter 13
Gail D Brown and Richard A Brown
3191 Venice Way
Hollywood, FL  33025
SSN: xxx-xx-4407 , xxx-xx-6168

_____Debtors_____/
**ORDER REINSTATING CHAPTER 13 CASE AND RESPONSE TO
MOTION TO REINSTATE CHAPTER 13 BANKRUPTCY**

This matter came to be heard on June 26, 2013 on the debtor's motion to reinstate case **(ecf 18)** and the response to reinstate the chapter 13 bankruptcy **(ecf 21)** The court, if applicable, has entered an order reopening the case and the debtor has paid all required reopening fees. Based on the record, it is

**ORDERED** as follows:

1) The motion to reinstate is granted and this case is **REINSTATED**. Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

2) The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

3) The following checked provision(s) also apply:

[ ]  This case was dismissed prior to the conclusion of the meeting of creditors, under 11 U.S.C. §341. A new §341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court. The notice

shall also establish a new deadline to file proofs of claims and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

[X] This case was dismissed after the §341 meeting of creditors was concluded but prior to or at the hearing on confirmation. (If applicable) A further §341 meeting will be conducted at ___N/A___. A new confirmation hearing is scheduled for __10/17/2013__, at __9:00__ A.m. in courtroom __308__ at _299 E Broward Blvd Fort Lauderdale, FL 33311_. The deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts, is __10/28/13__. The deadline for filing claims (except for governmental units) is __11/27/2013__. Previously filed claims need not be refiled.

[ ] This case was dismissed after the §341 meeting of creditors was conducted and after the expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation. No new deadlines shall be reset. (If applicable) A further §341 meeting will be conducted at _____. A new confirmation hearing is scheduled for _____, at _____ ___.m. in courtroom _____ at _____.

[ ] This case was dismissed after the §341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original claims bar date. No new §341 meeting, confirmation hearing, or deadlines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[ ] If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the trustee prior to entry of an order of conversion or dismissal shall be paid to administrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

**Submitted By:**

**INGER M. GARCIA, ESQ**
Florida Bar No. 010691
P.O Box 11933
Fort Lauderdale, Fla 33339
Tel (954)-894-9962
Fax (954)446-1635
EMAIL: ATTORNEY@INGERGARCIA.COM

LF-66 (rev. 04/12/13)               Page 2 of 3

## SERVICE LIST

*Trustee*
**Robin R Weiner, Esq.**
www.ch13weiner.com
P. O. Box 559007
Fort Lauderdale, FL 33355-9007
Tel:954-382-2001
ecf@ch13weiner.com ecf2@ch13weiner.com

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Reka Beane, Esq. for Suntrust Mortgage
Ronald R. Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext. 3039
Fax: 813-251-1541
bkatt@wolfelawfl.com