United States Bankruptcy Court
Southern District of Florida

In re:  
Gail D Brown  
Richard A Brown  
    Debtors

Case No. 13-13253-RBR  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 1      Date Rcvd: Sep 02, 2013  
                              Form ID: CGFD47     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2013.  
db/jdb      +Gail D Brown,    Richard A Brown,    3191 Venice Way,    Hollywood, FL 33025-4288  
aty         +Inger M. Garcia,    POB 11933,    Ft Lauderdale, FL 33339-1933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2013                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2013 at the address(es) listed below:  
         Herbert W Biggs    on behalf of Joint Debtor Richard A Brown hwbseawatch@gmail.com  
         Herbert W Biggs    on behalf of Debtor Gail D Brown hwbseawatch@gmail.com  
         Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov  
         Reka Beane    on behalf of Creditor     Suntrust Mortgage, Inc. sobkmail@wolfelawfl.com  
         Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com  
         Rubina K Shaldjian    on behalf of Creditor     Suntrust Mortgage, Inc. sobkmail@wolfelawfl.com  
                                                                                                   TOTAL: 6

CGFD47 (12/1/10)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13–13253–RBR

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Gail D Brown
aka Gail D Barnes
3191 Venice Way
Hollywood, FL 33025

SSN: xxx–xx–4407

Richard A Brown
3191 Venice Way
Hollywood, FL 33025

SSN: xxx–xx–6168

# NOTICE OF REQUIREMENT TO FILE "DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT"
### (Official Bankruptcy Form 23)

    Notice is hereby given that, subject to limited exceptions, a debtor (both debtors in a joint case) must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 [11 U.S.C. § 727(a)(11)], under chapter 13 [11 U.S.C. § 1328(g)(1)] or in certain individual chapter 11 cases where 11 U.S.C. §1141(d)(3) applies. As required by Bankruptcy Rule 1007(b)(7), the debtor must complete and file the "DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT" (Official Bankruptcy Form 23) [see 11 U.S.C. § 111.] A list of approved providers of Personal Financial Management Courses is available at: http://www.justice.gov/ust/eo/bapcpa/ccde/de_approved.htm

    Debtor and debtor's attorney are hereby notified that Official Bankruptcy Form 23 must be filed before a discharge can be entered in this case. In a chapter 7 case, the form must be filed within 60 days after the first date set for the meeting of creditors under § 341. In a chapter 13 case, the form must be filed no later than the date of the last payment made as required by the plan or the filing of a motion for entry of a discharge under § 1328(b). In a chapter 11 individual case where 11 U.S.C. §1141(d)(3) applies, the form must be filed prior to completion of all payments under the confirmed plan. Failure to file the certification may result in the case being closed without an entry of discharge. If the debtor subsequently files a motion to reopen the case to allow for the filing of the Official Bankruptcy Form 23, the debtor must pay the filing fee due for reopening the case.

**Dated: 9/2/13**

**CLERK OF COURT**
By: admin
Deputy Clerk

The clerk shall serve a copy of this notice on Debtor and Attorney for Debtor