**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
www.flsb.uscourts.gov

In re:  Case No.  13-13253-RBR
          Chapter   13

**Gail D Brown**
3191 Venice Way
Hollywood, FL 33025
SSN: xxx-xx-4407
*aka* **Gail D Barnes**


**Richard A Brown**
SSN: xxx-xx-6168
                    Debtors     /

## CLERK'S NOTICE RESCINDING NOTICE OF CHAPTER 13 BANKRUPTCY CASE, MEETING OF CREDITORS DEADLINES AND COURT'S CONFIRMATION PROCEDURES

   Due to a case administrative error a Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, Deadlines and Court's Confirmation Procedures were mailed to all parties and creditors in the above styled case on October 22, 2013 [DE#38].  This notice provided a new Meeting of Creditors and Confirmation Hearing date and new deadlines to object to the debtor's Discharge or to challenge Dischargeability of certain debts.  This notice is hereby rescinded.

   **NOTICE** is hereby given that the **correct date and time for the Confirmation Hearing** is as follows:

**Confirmation Hearing:**      November 14, 2013  @ **9:00 AM**
**Location:**                  **299 E. Broward Blvd. Room 301, Fort Lauderdale, FL**
**Discharge/Dischareability Deadline: October 28, 2013**
**Proof of Claim Deadline:**   November  27, 2013


   All information, deadlines, procedures, dates and times in the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors dated October 22, 2013 are voided.  The meeting of creditors scheduled for December 23, 2013 @ 9:30 AM is canceled.

   **NOTICE** is hereby given that the duplicate Notice of Chapter 13 Bankruptcy Case dated October 22, 2013   [DE#38] is rescinded.

Dated: November 4, 2013                    KATHERINE GOULD FELDMAN, Clerk

                                           Chris LaCoursiere
                                           Chris LaCoursiere, Deputy in Charge

Copies furnished to all parties of record by clerk