United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 13-13253-RBR
Gail D Brown                                                              Chapter 13
Richard A Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-0         User: rodriguez         Page 1 of 2              Date Rcvd: Nov 04, 2013
                             Form ID: pdf004         Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2013.
db/jdb       +Gail D Brown,   Richard A Brown,   3191 Venice Way,   Hollywood, FL 33025-4288
91790136      American Express,   c/oBecket and Lee LP,   PO BOX 3001,   Malvern, PA 19355-0701
91087065     +American Express,   POB 981537,   El Paso, TX 79998-1537
91440674      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
91790138      Capital One Husband,   P.O. Box 71083,   Charlotte, NC 28272-1083
91790140      Christian Barnes,   3191 Venice Way,   Hollywood, FL 33025-4288
91786331     +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
              Mason, OH 45040-8053
91087066     +Ed Financial,   POB 36014,   Knoxville, TN 37930-6014
91790141      Florida Department of Education,   Office of Student Financail Assistance,   P.O. Box 7019,
              Tallahassee, FL 32314-7019
91692130      Florida Department of Education,   Office of Student Financial Assistance,   PO Box 7019,
              Tallahassee, FL 32314-7019
91087068     +Global Credit & collections,    300 International Dr #100,   Buffalo, NY 14221-5783
91790143     +Global Credit & collections,    300 International Drive,   suite 100,   Buffalo, NY 14221-5783
91790144      Household Bank Olatinum Mastercard,   HSBS Card Services,   P.O. Box 5222,
              Carol Stream, IL 60197-5222
91790145      Household Platinum Finance,   HSBC Card Services,   P.O. Box 5222,   Carol Stream, IL 60197-5222
91087070     +Memorial Healthcare System,   2900 Corporate Way,   Hollywood, FL 33025-3925
91087071     +Memorial Hospital,   POB 863436,   Orlando, FL 32886-3436
91790150      Rubina K. Shaldjian, Esq.,   Ronald Wolfe & Associates, P.L.,   P.O. Box 25018,
              Tampa, FL 33622-5018
91790152      Santander Consumer,   P.O Box 660633,   Dallas, TX 75266-0633
91096634      Santander Consumer USA,   P.O. Box 560284,   Dallas, TX 75356-0284
91790153     +Suntrust,   P.O. Box 79041,   Baltimore, MD 21279-0041
91087076     +Suntrust,   POB 79041,   Baltmore, MD 21279-0041
91790154      Suntrust /Seterus Inc.,   P.O. Box 2008,   Grand Rapids, MI 49501-2008
91790149      quest diagnostics,   American Medical Collection Agency,   P.O. Box 1235,
              Elmsford, NY 10523-0935


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
91087067     +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2013 00:46:23      GE Capital,   POB 960061,
              Orlando, FL 32896-0061
91790142     +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2013 00:48:27      GE Capital Rooms to Go,
              P.O. Box 960061,   Orlando, FL 32896-0061
91087073     +E-mail/Text: bkrpt@retrievalmasters.com Nov 05 2013 00:43:18      Quest Diagnostic,
              c/o AMERICAN MEDICAL COLLECTION AGENCY,   4 Westchester Plaza #110,   Elmsford, NY 10523-1615
91087075     +E-mail/PDF: pa_dc_claims@salliemae.com Nov 05 2013 00:48:14      Sallie Mae,   POB 9500,
              Wilkes Barre, PA 18773-9500
91160005      E-mail/PDF: pa_dc_litigation@salliemae.com Nov 05 2013 00:47:20
              Sallie Mae Inc. on behalf of USA Funds,   Attn: Bankruptcy Litigation Unit E3149,
              P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
91790155      E-mail/Text: collectionemailgroup@tfcu-fl.org Nov 05 2013 00:43:28
              Tropical Financial Credit Union,   P.O. Box 829517,   Pembroke Pines FL 33082-9917
                                                                                           TOTAL: 6


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91790139      Capital One Platinum
91087069      Macy's
91790146      Macy's
91087072      National Collection
91087074      Rooms to go,   c/o Ge Capitol
91087077      Tropical Financial Credit Union
91790137*     American Express,   c/oBecket and Lee LP,   PO BOX 3001,   Malvern, PA 19355-0701
91790147*    +Memorial Healthcare System,   2900 Corporate Way,   Hollywood, FL 33025-3925
91790148*    +Memorial Hospital,   P.O. Box 863436,   Orlando, FL 32886-3436
91790151*    +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
                                                                          TOTALS: 6, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2013                                  Signature:  /s/Joseph Speetjens

```
District/off: 113C-0          User: rodriguez          Page 2 of 2              Date Rcvd: Nov 04, 2013
                              Form ID: pdf004          Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2013 at the address(es) listed below:
          Herbert W Biggs    on behalf of Joint Debtor Richard A Brown hwbseawatch@gmail.com
          Herbert W Biggs    on behalf of Debtor Gail D Brown hwbseawatch@gmail.com
          Inger M. Garcia    on behalf of Joint Debtor Richard A Brown attorney@ingergarcia.com
          Inger M. Garcia    on behalf of Debtor Gail D Brown attorney@ingergarcia.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Reka  Beane    on behalf of Creditor   Suntrust Mortgage, Inc. sobkmail@wolfelawfl.com
          Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
          Rubina K Shaldjian    on behalf of Creditor   Suntrust Mortgage, Inc. sobkmail@wolfelawfl.com
                                                                                        TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
www.flsb.uscourts.gov

In re:                                                                Case No.  13-13253-RBR
                                                                        Chapter    13

**Gail D Brown**
3191 Venice Way
Hollywood, FL 33025
SSN: xxx-xx-4407
*aka* **Gail D Barnes**


**Richard A Brown**
SSN: xxx-xx-6168
                                    Debtors   /
_____

**CLERK'S NOTICE RESCINDING NOTICE OF CHAPTER 13 BANKRUPTCY CASE,**
**MEETING OF CREDITORS**
**DEADLINES AND COURT'S CONFIRMATION PROCEDURES**

        Due to a case administrative error a  Notice of Chapter 13 Bankruptcy Case, Meeting of
Creditors, Deadlines and Court's Confirmation Procedures were mailed to all parties and creditors
in the above styled case on October 22, 2013 [DE#38].   This notice provided a new Meeting of
Creditors and Confirmation Hearing date and new deadlines to object to the debtor's Discharge or
to challenge Dischargeability of certain debts.  This notice is hereby rescinded.

        **NOTICE** is hereby given that the **correct date and time for the Confirmation Hearing**
is as follows:

**Confirmation Hearing:**        **November 14, 2013   @ 9:00 AM**
**Location:**                            **299 E. Broward Blvd. Room 301, Fort Lauderdale, FL**
**Discharge/Dischareability Deadline: October 28, 2013**
**Proof of Claim Deadline:    November  27, 2013**



        All information, deadlines, procedures, dates and times in the Notice of Chapter 13
Bankruptcy Case, Meeting of Creditors dated October 22, 2013 are voided.  The meeting of creditors
scheduled for December 23, 2013 @ 9:30 AM is canceled.

        **NOTICE** is hereby given that the duplicate Notice of Chapter 13 Bankruptcy Case dated
October 22, 2013   [DE#38] is rescinded.

Dated: November 4, 2013                              KATHERINE GOULD FELDMAN, Clerk


                                                            Chris LaCoursiere
                                                            _____
                                                            Chris LaCoursiere, Deputy in Charge

Copies furnished to all parties of record by clerk